■ DAVID GILKAROV, Appellant, v RACHEL GILKAROV, Respondent. [936 NYS2d 544]—

We see no basis in the record for disturbing the special referee's credibility determination as to plaintiff's testimony that a house purchased during the marriage belonged to his sister (*see Cooper v Cooper*, 52 AD3d 429, 430 [2008]; *McManus v McManus*, 298 AD2d 189 [2002]). The house was properly treated as marital property subject to equitable distribution (*see* Domestic Relations Law § 236 [B] [1] [c]; *Seidman v Seidman*, 226 AD2d 1011, 1012 [1996]).

The court properly awarded defendant child support retroactive to the date on which custody of the parties' children was transferred to her (*see Shapiro v Shapiro*, 35 AD3d 585, 587 [2006]; Domestic Relations Law § 236 [B] [7] [a]).

We have considered plaintiff's remaining contentions and find them without merit. Concur—Andrias, J.P., Sweeny, Moskowitz, Renwick and Freedman, JJ.